IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02307-BNB

SHANNON SCOTT,

    Plaintiff,

v.

MERCY MEDICAL CTR, and
DURANGO ORTHOPEDICS,

    Defendants.

ORDER OF DISMISSAL

    Plaintiff, Shannon Scott, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the La Vista Correctional Facility in Pueblo, Colorado.  He initiated the instant action by submitting *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).  The Court reviewed the documents and determined they were deficient.  Therefore, on August 28, 2013, Magistrate Judge Boyd N. Boland entered an order (ECF No. 4) directing Mr. Scott to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

    The August 28 order pointed out that Mr. Scott failed to submit either the $400.00 filing fee or a certified copy of his trust fund account statement for the immediately preceding six-month period.  The copy of his trust fund account statement submitted on September 5, 2013, is not certified.  *See* ECF No. 5.  The August 28 order

warned Mr. Scott that, if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

Mr. Scott has failed to cure the designated deficiencies as directed within the time allowed. Therefore, the action will be dismissed without prejudice for Mr. Scott's failure to cure the designated deficiencies as directed within the time allowed.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Scott files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Prisoner Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Shannon Scott, within the time allowed to cure the deficiencies designated in the order to cure of August 28, 2013 (ECF No. 4). It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) is denied as moot. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that any other pending motions are denied as moot.

DATED at Denver, Colorado, this  10th   day of    October       , 2013.

BY THE COURT:


   s/Christine M. Arguello
CHRISTINE M. ARGUELLO
United States District Judge, for
LEWIS T. BABCOCK, Senior Judge
United States District Court